# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harpool, Mark D. | Western District of Missouri | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

222 N. John Q. Hammons Parkway
Springfield, MO 65806

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Residual Fees-Former interest in Baird, Lightner, Millsap & Harpool, P.C. (now known as Barid, Lightner, Millsap, P.C.) | $6,408.33 |
| 2. | 2018 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▨ was self-employed, in-home child care |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Bank of the Ozarks | Mortgage loan on rental property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT&T - T | A | Dividend | | | Buy | 06/20/18 | K | | |
| 2. | | | | | Buy (add'l) | 06/22/18 | K | | |
| 3. | | | | | Sold | 08/16/18 | K | B | |
| 4.  ALIBABA GROUP HLDG ADR - BABA | | None | L | T | Buy (add'l) | 01/17/18 | J | | |
| 5. | | | | | Sold (part) | 01/26/18 | J | D | |
| 6. | | | | | Sold (part) | 02/22/18 | J | C | |
| 7. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 8. | | | | | Sold (part) | 03/06/18 | J | C | |
| 9. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 10. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 11. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 12. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 13. | | | | | Sold (part) | 11/30/18 | J | C | |
| 14. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 15.  ALPHABET INC (Class A) - GOOGL | | None | | | Sold | 04/11/18 | K | D | |
| 16.  Ameritrade Cash Reserves MMDA12 | A | Interest | K | T | | | | | |
| 17.  APPLE INC- AAPL common stock | B | Dividend | L | T | Sold (part) | 04/11/18 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF AMERICA - SAVINGS | A | Interest | K | T | | | | | |
| 19. BANK OF AMERICA ACCOUNTS - cash/ checking | A | Interest | J | T | | | | | |
| 20. BLACKSTONE GROUP LP - BX | D | Dividend | M | T | Buy (add'l) | 01/17/18 | K | | |
| 21. | | | | | Sold (part) | 02/22/18 | K | C | |
| 22. | | | | | Sold (part) | 08/16/18 | K | C | |
| 23. | | | | | Buy (add'l) | 10/04/18 | K | | |
| 24. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 25. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 26. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 27. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 28. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 29. BROADCOM LTD - AVGO | | None | | | Buy | 02/02/18 | K | | See note in Part VIII. |
| 30. | | | | | Sold | 02/13/18 | K | A | |
| 31. | | | | | Buy | 03/07/18 | K | | |
| 32. | | | | | Sold | 03/09/18 | K | B | |
| 33. Charles Schwab Checking | A | Interest | J | T | | | | | |
| 34. Charles Schwab Money Shares | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA COMMODITY STRATEGY PTF - DCMSX | A | Dividend | J | T | | | | | |
| 36. DFA EMERGING MKTS - DFEMX | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 37. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 38. DFA EMERGING MKTS VALUE PTF - DFEVX | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 39. DFA INT'L SM CP - DFISX | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 40. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 41. DFA INT'L SM CP VAL - DISVX | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 42. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 43. DFA INT'L VALUE - DFIVX | B | Dividend | K | T | Sold (part) | 04/09/18 | J | A | |
| 44. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 45. DFA US LG CAP VAL - DFLVX | B | Dividend | K | T | Sold (part) | 08/14/18 | J | A | |
| 46. | | | | | Sold (part) | 10/09/18 | J | A | |
| 47. | | | | | Sold (part) | 12/10/18 | J | A | |
| 48. DFA US MICRO - DFSCX | A | Dividend | J | T | Sold (part) | 08/14/18 | J | A | |
| 49. DFA US SM CAP - DFSTX | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 50. | | | | | Sold (part) | 08/14/18 | J | A | |
| 51. | | | | | Sold (part) | 10/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA US SMALL CP - DFSVX | A | Dividend | J | T | Sold (part) | 08/14/18 | J | A | |
| 53. ETHEREREUM (cryptocurrency) | | None | J | T | | | | | |
| 54. ENERGY TRANSFER PART - ETP | | None | | | Buy | 01/04/18 | K | | |
| 55. | | | | | Sold | 01/09/18 | K | A | |
| 56. FACEBOOK INC CLASS A - FB | | None | | | Buy (add'l) | 01/12/18 | J | | |
| 57. | | | | | Buy (add'l) | 01/16/18 | K | | |
| 58. | | | | | Sold (part) | 01/26/18 | J | A | |
| 59. | | | | | Sold (part) | 02/02/18 | K | B | |
| 60. | | | | | Sold | 02/12/18 | K | C | |
| 61. FEDERATED HIGH YLD - FIHBX | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 62. FEDERATED TOTAL RT BOND - FTRBX | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 63. FEDERATED ULTRA SHRT - FULIX | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 64. HELIOS MATHESON - HMNY | | None | J | T | Buy | 02/15/18 | K | | |
| 65. | | | | | Sold (part) | 02/22/18 | K | B | |
| 66. | | | | | Buy (add'l) | 03/01/18 | L | | |
| 67. | | | | | Sold (part) | 03/02/18 | L | B | |
| 68. | | | | | Buy (add'l) | 03/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/07/18 | K | A | |
| 70. | | | | | Buy (add'l) | 03/12/18 | K | | |
| 71. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 72. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 73. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 74. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 75. JANUS HENDERSON GLBL Tech T - JAGTX | C | Dividend | L | T | Buy (add'l) | 02/02/18 | J | | |
| 76. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 77. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 78. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 79. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 81. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 82. JD.COM INC A ADR - JD | | None | | | Buy | 09/04/18 | K | | See note in Part VIII. |
| 83. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 84. | | | | | Sold (part) | 09/14/18 | J | A | |
| 85. | | | | | Sold | 10/10/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LAUDUS U.S. LARGE CAP GROWTH FUND - LGILX (Reinv Divs/Reinv Cap Gns) | C | Dividend | L | T | Buy | 02/15/18 | K | | |
| 87. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 88. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 89. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 90. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 91. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 92. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 93. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 94. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 96. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 97. MOST 529 PLAN - Moderage Age-Based Opt Vanguard Growth | A | Interest | K | T | Buy (add'l) | 07/10/18 | J | | |
| 98. PIMCO FOREIGN BOND - PFUIX | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 99. SCHWAB BANK DDA ACCOUNT | A | Interest | J | T | | | | | |
| 100. SPDR GLOBAL REAL ESTATE ETF - RWO | A | Dividend | J | T | | | | | |
| 101. T ROWE PRICE FINANCIAL Services Fund Inv - PRISX | B | Dividend | | | Buy (add'l) | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 103. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 104. | | | | | Sold (part) | 04/03/18 | K | A | |
| 105. | | | | | Sold | 12/26/18 | K | A | |
| 106. TWILIO INC Class A - TWLO | | None | | | Sold | 01/04/18 | K | D | |
| 107. VANGUARD DEVELOPED MKTS INDEX ADMIRAL - VTMGX | A | Dividend | K | T | Sold (part) | 10/09/18 | J | A | |
| 108. VGD GROWTH - VIGRX (VIGRX exchanged for VIGAX) | A | Dividend | | T | | | | | See note in Part VIII. |
| 109. VANGUARD GROWTH INDEX ADMIRAL - VIGAX (VIGRX exchanged for VIGAX) | A | Dividend | K | T | Sold (part) | 06/18/18 | J | A | See note in Part VIII. |
| 110. | | | | | Sold (part) | 10/09/18 | J | A | |
| 111. VANGUARD S&P 500 INDEX - VOO | A | Dividend | K | T | Sold (part) | 03/19/18 | J | A | |
| 112. | | | | | Sold (part) | 06/28/18 | J | A | |
| 113. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 114. | | | | | Sold (part) | 11/27/18 | J | A | |
| 115. | | | | | Sold (part) | 12/10/18 | J | A | |
| 116. VANGUARD SHORT TERM INVESTMENT GRADE FD - VFSTX (Exchanged for VFSUX) | A | Dividend | | T | | | | | See note in Part VIII. |
| 117. VANGUARD SHORT TERM INVT GRADE ADMIRAL - VFSUX (VFSTX exc for VFSUX) | A | Dividend | K | T | Sold (part) | 10/09/18 | J | A | See note in Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | VANGUARD SHORT TERM INFPROIDX - VTIP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 29 BROADCOM LTD - AVGO Sold all in 2017, purchased again in 2018, and sold all again in 2018.

Part VII - Line 82 JD.COM INC A ADR - JD Sold all in 2017, purchased again in 2018, and sold all again in 2018.

Part VII - Line 108 VGD GROWTH - VIGRX complete Share Class Exchange for equal value of VANGUARD GROWTH INDEX ADMIRAL - VIGAX (Line 109) on 02/07/18.

Part VII - Line 116 VANGUARD SHORT TERM INVESTMENT GRADE FD - VFSTX complete Share Class Exchange for equal value of VANGUARD SHORT TERM INVT GRADE ADMIRAL - VFSUX (Line 117) on 02/07/18.

Part VII. - Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Part VII. - Dividends and capital gains on individual stocks and mutual funds were combined into one entry for that stock for the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544